IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN FORD, ) | |
| ) | |
| *Plaintiff*, ) | Case No.: 2:20-cv-00076 |
| ) | Judge Crenshaw |
| vs. ) | Magistrate Judge Newbern |
| ) | |
| STEVE PAGE, *et al.*, ) | JURY DEMANDED |
| ) | |
| *Defendants*. ) | |

## STIPULATION OF PARTIAL DISMISSAL

**COMES NOW** the parties, by and through counsel, pursuant to Rule 42(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and would stipulate and agree that the Plaintiff's state law claim under the Tennessee Public Protection Act ("TPPA"), T.C.A. 50-1-304, *et. seq.*, should be dismissed. This stipulation only applies to the Plaintiff's state law claim under the "TPPA," and shall have no force or effect as to Plaintiff's pending federal claim.

**RESPECTFULLY SUBMITTED** this the 21st day of November, 2022.

By: /s Michael R. Giaimo
MICHAEL R. GIAIMO, BPR#019394
Crabtree & Patterson
310 E. Broad Street, Suite A
Cookeville, Tennessee 38501
(931) 528-3330
mrgiaimo@yahoo.com

By: /s Victor Hugo Gernt
VICTOR HUGO GERNT, BPR#032460
27 N. Main Street
Sparta, Tennessee 38583
(931) 256-8484
victor@jmglawoffice.net

By: /s Bruce A. Macleod
BRUCE A. MACLEOD, BPR#031674

<pre>
                              27 N. Main Street
                              Sparta, Tennessee 38583
                              (931) 256-8484
                              bruce@jmglawoffice.net

                              *Attorneys for the Plaintiff*

                              By: /s Michael T. Schmitt
                              MICHAEL T. SCHMITT, BPR026573
                              W. CARL SPINING, BPR#016302
                              Ortale Kelley Law Firm
                              330 Commerce Street
                              Suite 110
                              P.O. Box 198985
                              Nashville, Tennessee 37201
                              mschmitt@ortalekelley.com
                              cspining@ortalekelley.com

                              ***Attorneys for the Defendant***
</pre>